IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

W.P. HICKMAN SYSTEMS, INC.,              )
                                         )    *Misc. 06-80*
                  Plaintiff,             )    No. 05-2025
                                         )
        v.                               )
                                         )
THE GARLAND COMPANY, INC.,               )
DIVISION 7, INC., GEORGE W. REISS,       )
ROBERT B. ST.CLAIR, GREGORY S.           )
DUPONT and PAUL M. AUCOIN,               )
                                         )
                  Defendants.            )


**ORDER OF COURT**

AND NOW, to wit, this __26th__ day of __June__, 2006, upon

consideration of Kinol, Sharie, Leyh and Associates' Motion to Quash or Modify Subpoena, it is

hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED in favor of

Kinol, Sharie, Leyh and Associates and against The Garland Company, Inc. and the February 8,

2006 subpoena directed to non-party, Kinol, Sharie, Leyh and Associates is hereby QUASHED.

By the Court:

_____, J.