IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| W.P. HICKMAN SYSTEMS, INC., | CIVIL ACTION No.: 2:06-mc-00080-GLL |
| Plaintiff, | |
| v. | JUDGE GARY L. LANCASTER |
| THE GARLAND COMPANY, INC., DIVISION 7, INC., GEORGE W. REISS, ROBERT B. ST. CLAIR, GREGORY S. DU PONT, and PAUL M. AUCOIN, | JURY TRIAL DEMANDED |
| Defendants, | |
| v. | |
| W.P HICKMAN SYSTEMS, INC., ROBERT JONAS, and DAVID D'ANZA | |
| Counterclaim Defendants. | |

## ORDER OF COURT

AND NOW, this 26th day of June 2006, upon consideration of Counterclaim Defendants Robert Jonas and David D'Anza's Motion to Quash and/or Modify the Subpoena Issued by The Garland Company, Inc. to Kinol Sharie Leyh & Associates, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Kinol Sharie Leyh & Associates shall not produce to The Garland Company, Inc. any of Robert Jonas or David D'Anza's personal financial information.

_____ J.